LS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN GLADDEN, Plaintiff | : : : | CIVIL ACTION |
| v. | : : : | NO. 10-5228 |
| THOMAS VILSACK SECRETARY, U.S. DEPARTMENT OF AGRICULTURE, Defendant | : : : : : | |



**FILED**
MAY 25 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 25 day of May, 2011, IT IS HEREBY ORDERED that:

1. Defendant's motion to dismiss plaintiff's complaint is **GRANTED.**

2. Plaintiff's complaint is dismissed with prejudice.

2. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

LAWRENCE F. STENGEL, J.

5/25/11 - cc: emailed